UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

DESHAWN GRAY,

                               Plaintiff,

          -against-

JOSEPH SORRENTINO, JOHN DOES 1-3, and JANE DOES 1-3,

                               Defendants.

**DECLARATION OF SERVICE**

20-cv-2331 (RRM)(PK)

------------------------------------------------------------------------ X

      James Jimenez, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true and correct.

1. I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendant Joseph Sorrentino. As such, I am familiar with the facts stated below and submit this declaration to place this Declaration on the record.

2. On December 4, 2020, this Court issued a Minute Entry and Order to Show Cause requiring Plaintiff to show cause by January 7, 2021, why this action should not be dismissed. This Order also scheduled a further Status Conference on January 7, 2021. The Defendant was directed to send Plaintiff, now presumably *pro se*, a copy of this Minute Entry and Order to Show Cause.

3. On December 7, 2020, Plaintiff's former counsel provided the undersigned with their last known contact information for Plaintiff, specifically his mailing address and two (2) email addresses.

4. On December 7, 2020, I sent an email to Plaintiff in which I notified him of this Court's

Order to Show Cause, the date of the next Status Conference, and this Court's statement that his noncompliance might result in dismissal. This email was sent to both email addresses known to the undersigned and included a copy of the December 4, 2020 Minute Entry and Order to Show Cause.

5. Also on December 7, 2020, a letter was sent to Plaintiff's attention at the mailing address known to the undersigned summarizing this Court's December 4, 2020 Order. A copy of the December 4, 2020 Minute Entry and Order to Show Cause was enclosed with this letter.

Dated:   New York, New York
         December 7, 2020

                                  JAMES E. JOHNSON
                                  Corporation Counsel of the City of New York
                                  *Attorney for Defendant Joseph Sorrentino*
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 356-2670

By: _____/s/ James Jimenez_____
      James Jimenez
      *Assistant Corporation Counsel*
      Special Federal Litigation

cc:   **BY ECF**
      All parties of record