UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

DESHAWN GRAY,

                             Plaintiff,

           -against-

JOSEPH SORRENTINO, JOHN DOES 1-3, and JANE DOES 1-3,

                             Defendants.

------------------------------------------------------------------------ X

**DECLARATION OF SERVICE**

20-cv-2331 (RRM)(PK)

      James Jimenez, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true and correct.

1. I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for defendant Joseph Sorrentino. As such, I am familiar with the facts stated below and submit this declaration to place this Declaration on the record.

2. On December 14, 2020, this Court issued a Scheduling Order adjourning the Status Conference previously set for January 7, 2021, to January 11, 2021. The Defendant was directed to send Plaintiff, now presumably *pro se*, a copy of this Scheduling Order.

3. On December 14, 2020, I sent an email to Plaintiff in which I notified him of this Court's Scheduling Order and the date of the next Status Conference. This email was sent to both email addresses known to the undersigned and included a copy of the December 14, 2020 Scheduling Order.

4. On December 15, 2020, a letter was sent to Plaintiff's attention at the mailing address

known to the undersigned summarizing this Court's December 14, 2020 Scheduling Order. A copy of the December 14, 2020 Scheduling Order was enclosed with this letter.

Dated:  New York, New York
        December 15, 2020

                                          JAMES E. JOHNSON
                                          Corporation Counsel of the City of New York
                                          *Attorney for Defendant Joseph Sorrentino*
                                          100 Church Street
                                          New York, New York 10007
                                          (212) 356-2670

By: _____/s/ James Jimenez_____
      James Jimenez
      *Assistant Corporation Counsel*
      Special Federal Litigation

cc:  **BY ECF**
     All parties of record